*Bruce T Beesly*

—————————————————
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 10, 2014

1

2

3

4

5

6   CHARLES AXELROD, ESQ.
7   *[Pro Hac Vice Pending]*
    BRETT A. AXELROD, ESQ.
8   Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
9   Nevada Bar No. 9676
10  **FOX ROTHSCHILD LLP**
    3800 Howard Hughes Parkway, Suite 500
11  Las Vegas, Nevada 89169
    Telephone: (702) 262-6899
12  Facsimile: (702) 597-5503
    baxelrod@foxrothschild.com
13  *Counsel for Ernst & Young, Inc., Foreign Representative*

14              **UNITED STATES BANKRUPTCY COURT**

15                    **DISTRICT OF NEVADA**

16  In re:                              | Case No. 14-51015-btb

17     VERIS GOLD CORP., *et al*,       | Chapter 15

18     Debtors in Foreign Proceeding.   | **ORDER GRANTING *EX PARTE* MOTION**
19                                       | **FOR ORDER SHORTENING TIME FOR**
                                         | **HEARING ON MOTION FOR ENTRY OF**
20                                       | **AN ORDER GRANTING PROVISIONAL**
                                         | **RELIEF UNDER SECTION 1519 OF THE**
21                                       | **BANKRUPTCY CODE**

22

23

24      The Court, having reviewed and considered Ernst & Young, Inc.'s (the "Foreign
25  Representative"), in its capacity as the foreign representative of the above-captioned debtors in a
26  foreign proceeding (collectively, the "Debtors") *Ex Parte Motion for Order Shortening Time for*
27  *Hearing* (the "OST Motion") *on Motion for Entry of an Order Granting Provisional Relief Under*

28

*(side margin, rotated text)* FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25923566v1 06/09/2014                    1

1   *Section 1519 of the Bankruptcy Code* (the "Motion for Provisional Relief"), and good cause appearing

2   therefore:

3         **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the hearing on the Motion for

4   Provisional Relief is set for June 9, 2014 at 3:00 p.m.

5         A copy of the above referenced Motion is on file with and available from the clerk of the United

6   States Bankruptcy Court for the District of Nevada.  Additionally, a copy of the Motion is available

7   from Fox Rothschild LLP upon request.

8         **IT SO ORDERED.**

9

10   Prepared and Submitted By:

11   **FOX ROTHSCHILD LLP**

12

13   By    */s/Micaela Rustia Moore*

14   CHARLES AXELROD, ESQ.
     BRETT A. AXELROD, ESQ.

15   MICAELA RUSTIA MOORE, ESQ.
     3800 Howard Hughes Parkway, Suite 500

16   Las Vegas, Nevada 89169
     *Counsel for Ernst & Young, Inc., Foreign*

17   *Representative*

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)